**Proposed**

**Order**

Case 1:23-cv-05751-LGS   Document 4   Filed 07/05/23   Page 1 of 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,**<br><br>Debtor. | Chapter 11<br><br>Civ. Action No.   23 Civ. 5751<br><br>Bankr. Case No. 20-12345 (MG) |

**[PROPOSED] ORDER GRANTING THE JOINT PETITION TO FIX VENUE FOR CLAIMS RELATED TO THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE'S BANKRUPTCY UNDER 28 U.S.C. §§ 157(b)(5) AND 1334(b)**

Upon consideration of the Roman Catholic Diocese of Rockville Centre, New York (the "Debtor" or "DRVC") and its affiliated parishes, schools, and other organizations' ("DRVC Related Parties") Joint Petition for an order (this "Order") to Fix Venue for Claims Related to the DRVC's Bankruptcy Under 28 U.S.C. §§ 157(b)(5) and 1334(b), and the accompanying Memorandum of Law, dated July 5, 2023, as well as the declaration and other documents filed in support of the Joint Petition; and the Court having jurisdiction to consider the Joint Petition and the relief requested therein pursuant to 28 U.S.C. § 1334; and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Joint Petition having been provided under the circumstances, and it appearing that no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Joint Petition, Memorandum of Law and the declaration in support of the Joint Petition, establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefore, **IT IS HEREBY ORDERED THAT:**

1. This Petition is GRANTED as set forth herein.

2. Pursuant to 28 U.S.C. § 1334(b), this Court has jurisdiction over the personal injury claims against the DRVC Related Parties in the cases ("State Court Actions") identified in **Schedule 1** attached to the Memorandum of Law in support of Joint Petition.

3. Pursuant to 28 U.S.C. §§ 157(b)(5) and 1334(b), all of the 224 State Court Actions identified on **Schedule 1** now pending in any state or federal court shall be transferred to this Court for all purposes.

4. This Order shall be promptly filed in the clerk's office and entered into the record.

5. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.


Dated: _____, 2023        _____
       New York, NY                   THE HONORABLE
                                      UNITED STATES DISTRICT JUDGE