```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
                                                              :
                                                              :
THE ROMAN CATHOLIC DIOCESE OF                                 :   23 Civ. 5751 (LGS)
ROCKVILLE CENTRE, NEW YORK,                                   :
                              Petitioner.                     :   ORDER
                                                              :
                                                              :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, an initial telephonic hearing in this matter was held on August 3, 2023;

      WHEREAS, the July 13, 2023, Order instructed any person or entity who intends to seek to intervene to send a pre-motion letter to Petitioner for forwarding to the Court. Petitioner received and filed letters from counsel for the Committee of Unsecured Creditors in the related bankruptcy action (the "Committee") and seventeen other counsel on behalf of other putative intervenors (Dkt. No. 13-1). Petitioner does not object to any of these requests for intervention.

      WHEREAS, each of the proposed intervenors shall be grouped according to the law firm or firms that filed a letter on their behalf. Those groupings are (1) the Committee; (2) Pachulski, Stand Ziehl & Jones; (3) Andreozzi & Foote; (4) Bonina & Bonina, P.C.; (5) Herman Law; (6) Jeff Anderson & Associates; (7) Matthews & Associates; (8) Merson Law, PLLC; (9) Law Offices of Mitchell Garabedian; (10) Noaker Law Firm LLC; (11) Pfau Cochran Vertetis Amala PLLC/Marsh Law Firm; (12) Phillips & Paolicelli LLP; (13) Robins Kaplan LLP; (14) Slater Slater Schulman LLP; (15) Sweeney, Reich & Bolz/Law Office of Michael G. Dowd/Paul Mones, P.C.; (16) Weitz & Luxenberg, P.C.; (17) Worlock, Pollock, Green (individual attorneys); (18) Zalkin Law Firm, P.C. It is hereby

      **ORDERED** that the pre-motion letters are treated as motions to intervene and are **GRANTED.** It is further

**ORDERED** that Petitioner shall serve a copy of this Order on each of the above counsel for intervenors by **August 9, 2023.**  It is further

**ORDERED** that one attorney for each of the above groups shall file a notice of appearance on ECF by **August 11, 2023**.  Multiple attorneys for the Committee may file notices of appearance.  It is further

**ORDERED** that any additional persons or entities who intend to seek to intervene shall send a letter, not to exceed two pages, to Petitioner.  Petitioner shall promptly forward any such letters in a filing along with a statement of whether it objects to the request for intervention.

Dated: August 4, 2023
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**