# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

---

THE ROMAN CATHOLIC DIOCESE
OF ROCKVILLE CENTRE, NEW YORK        Case No. 23-CIV-5751 (LGS)

---

## ENTRY OF APPEARANCE

Please enter the appearance of Nathaniel L. Foote, Esquire, as counsel on behalf of Plaintiffs in the following actions in the above-captioned matter (*PP v. St. Pius*, E.D.N.Y. No. 2:23-CV-04711; *RJ v. Parish of St. Mary*, E.D.N.Y No. 2:23-CV-05126; *JF v. Holy Ghost Fathers*, Queens County Supreme Court, No. 400091/2021).

                                      Respectfully Submitted,
                                      **ANDREOZZI + FOOTE**

Dated: August 8, 2023            */s/ Nathaniel L. Foote*
                                      Nathaniel L. Foote, Esq. (NY #5832282)
                                      nate@vca.law
                                      4503 North Front Street
                                      Harrisburg, PA 17110
                                      Ph: 717.525.9124 | Fax: 717.525.9143
                                      *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Nathaniel Foote, of the law firm of Andreozzi + Foote, hereby certify that I served the foregoing document on the individuals as listed below via ECF

**Corinne Ball**
**cball@jonesday.com**
**Christopher DiPompeo**
**cdipompeo@jonesday.com**
*Counsel for the Roman Catholic Diocese of Rockville Centre*

Respectfully Submitted,

Dated: August 8, 2023            /s/ Nathaniel L. Foote