**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

THE ROMAN CATHOLIC DIOCESE
OF ROCKVILLE CENTRE, NEW YORK,   No. 23-cv-5751 (LGS)

Petitioner.

---

### NOTICE OF APPEARANCE

To the clerk of court and all parties of record:

I am admitted to practice in this Court. Please enter my appearance of Claimant Maximo DeMarco, Plaintiff in *Demarco v. Our Lady of Victory Parish Elementary School et al*, Nassau County, No. 900389/2021, which was removed to and remanded from E.D.N.Y. no. 2:23-cv-04713.

Dated: August 11, 2023
 New York, NY

        Respectfully Submitted,

        **POLLOCK COHEN LLP**

        By: /s/ *Adam Polllock*
          Adam Pollock
        111 Broadway, Suite 1804
        New York, NY 10006
        (212) 337-5361
        Adam@PollockCohen.com
        *Attorney for Plaintiff*