IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

THE ROMAN CATHOLIC DIOCESE
OF ROCKVILLE CENTRE, NEW YORK                    Case No. 23-cv-5751 (LGS)

## NOTICE OF APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record.

I, Arielle Z. Feldshon, Esq., am an attorney with The Zalkin Law Firm, P.C. and I am admitted to practice in this court. Please enter my appearance in the above-captioned matter as counsel for Plaintiffs in the following actions:

*Melanie York v. Catholic Guardians*, *et al*., Index No. 951159/2021, New York Supreme Court, New York County;

*Melisa York v. Catholic Guardians*, *et al*., Index No. 951160/2021, New York Supreme Court, New York County; and

*Dante Vitoria v. Saint Catherine of Sienna Roman Catholic Church*, *et al*., Case No. 23-cv-04782, United States District Court for the Eastern District of New York.

Dated: New York, NY
August 11, 2023

**THE ZAKLIN LAW FIRM, P.C.**

*Arielle Z. Feldshon*
Arielle Z. Feldshon, Esq.
10 Times Square
1441 Broadway, Suite 3147
New York City, NY 10018
Tel: 858-259-3011
Email: arielle@zalkin.com
*Attorney(s) for Plaintiffs*

**To:**

The Clerk of Court and all parties of record *via* CM/ECF

## CERTIFICATE OF SERVICE

I, Arielle Z. Feldshon, Esq. of The Zalkin Law Firm, P.C., hereby certify that I served the foregoing document on the individuals listed below via ECF:

**Corinne Ball, Esq.**
cball@jonesday.com
**Christopher DiPompeo, Esq.**
cdipompeo@jonesday.com
*Counsel for the Roman Catholic Diocese of Rockville Centre*

Dated: August 11, 2023

                                        **THE ZAKLIN LAW FIRM, P.C.**

*Arielle Z. Feldshon*
Arielle Z. Feldshon, Esq.
10 Times Square
1441 Broadway, Suite 3147
New York City, NY 10018
Tel: 858-259-3011
Email: arielle@zalkin.com
*Attorney(s) for Plaintiffs*