UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,<br><br>Petitioner. | Case No. 1:23-cv-05751-LGS |

**APPEARANCE OF COUNSEL**

TO:   The clerk of court and all parties of record

PLEASE TAKE NOTICE that I, James R. Marsh, who is admitted to practice in this court, hereby enter an appearance in this case as counsel for the Plaintiffs in the following matters identified as putative intervenors in Appendix J (Dkt. No. 13-1): *Brian O'Dea v. Diocese of Brooklyn et al.,* EDNY No. 1-23-cv-05038*; Brendan Conolly v. St. Hugh of Lincoln Roman Catholic Church,* EDNY No. 2:23-cv-05125*; K.S. v. St. Francis De Sales Catholic Church,* EDNY No. 2:23-cv-04978*;* and *Joseph Amodeo v. Diocese of Brooklyn et al.,* EDNY No.1:23-cv-05037.

Dated: August 11, 2023

                                        Respectfully Yours,

                                        **MARSH LAW FIRM PLLC**

                                        By _____
                                        James R. Marsh (#JM9320)
                                        jamesmarsh@marsh.law
                                        31 Hudson Yards, 11th Floor
                                        New York, NY 10001-2170
                                        Phone: (212) 372-3030
                                        Fax: (833) 210-3336

                                        *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I, James R. Marsh, certify that on August 11, 2023, I caused the forgoing APPEARANCE OF COUNSEL to be filed with the Clerk of the Court and served upon all counsel of record via the Court's CM/ECF system.

Dated: August 11, 2023

By _____
James R. Marsh