UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK**, [1]<br><br>**Debtor**. | Chapter 11<br><br>Civ. Action 23 Civ. 5751<br><br>Bankr. Case No. 20-12345(MG) |

**NOTICE OF MOTION AND MOTION FOR RECONSIDERATION OF ORDER
WITHDRAWING REFERENCE OF THE PETITION
TO THE BANKRUPTCY COURT**

PACHULSKI STANG ZIEHL & JONES LLP
James I. Stang, Esq.
Kenneth H. Brown, Esq.
Karen B. Dine, Esq.
Brittany M. Michael, Esq.
Hayley R. Winograd, Esq.
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone:   (212) 561-7700
Facsimile:    (212) 561-7777

*Counsel for the Official Committee of Unsecured
Creditors of The Roman Catholic Diocese of
Rockville Centre, New York*

---

[1] The Debtor in the chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is P.O. Box 9023, Rockville Centre, NY 11571-9023.

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Diocese of Rockville Centre, New York, the above-captioned debtor and debtor in possession (the "Diocese" or the "Debtor"), upon the accompanying *Memorandum of Law in Support of Official Committee of Unsecured Creditors' Motion for Reconsideration of Order Withdrawing Reference of Petition to the Bankruptcy Court*, dated August 17, 2023, hereby moves this Court, pursuant to Rule 6.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an Order, substantially in the form attached hereto as **Exhibit A**, granting its motion (the "Motion") to (i) reconsider its July 13, 2023 Order, [Docket No. 10], granting the *Debtor's ex parte* letter-motion to withdraw the reference, [Docket No. 9], and withdrawing the reference of the *Joint Petition to Fix Venue for Claims Related to the Roman Catholic Diocese of Rockville Centre's Bankruptcy Under 28 U.S.C. 157(b)(5) and 1334(b)* [Docket Nos. 1, 2] (the "Petition") to the Bankruptcy Court, and (ii) refer the Petition to the Bankruptcy Court to issue a report and recommendation subject to this Court's *de novo* review.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to the Courts August 4, 2023 Order, any response to this Motion must be filed by August 31, 2023.

WHEREFORE, the Committee requests that the Court grant the instant Motion and refer the Petition to the Bankruptcy Court for a report and recommendation.

Dated: August 17, 2023

Respectfully submitted,

  /s/ Kenneth H. Brown
James I. Stang, Esq. (*pro hac vice* forthcoming)
Kenneth H. Brown, Esq. (admitted *pro hac vice*)
Karen B. Dine, Esq.
Brittany M. Michael, Esq.
Hayley R. Winograd, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: jstang@pszjlaw.com
      kbrown@psjzlaw.com
      kdine@pszjlaw.com
      bmichael@pszjlaw.com
      hwinograd@pszjlaw.com

*Counsel for the Official Committee of Unsecured Creditors of The Roman Catholic Diocese of Rockville Centre, New York*