UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                                        :

THE ROMAN CATHOLIC DIOCESE OF     :      23 Civ. 5751 (LGS)
ROCKVILLE CENTRE, NEW YORK,        :
                                    Petitioner.    :                <u>ORDER</u>

------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, in a July 18, 2023, Order, Chief U.S. Bankruptcy Judge Glenn instructed Petitioner to file an amended plan of reorganization by October 31, 2023;

        WHEREAS, on August 17, 2023, the Creditors Committee filed a motion for reconsideration of this Court's Order Withdrawing Reference of the Petition to the Bankruptcy Court. That motion was fully briefed as of September 8, 2023. It is hereby

        **ORDERED** that by **November 22, 2023**, Petitioner and the Creditors Committee shall file a joint letter, not to exceed three pages, updating the Court on the status of the underlying bankruptcy proceeding.

Dated: November 15, 2023
           New York, New York

                                                       LORNA G. SCHOFIELD
                                                       UNITED STATES DISTRICT JUDGE