UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
                                       :

THE ROMAN CATHOLIC DIOCESE OF     :       23 Civ. 5751 (LGS)
ROCKVILLE CENTRE, NEW YORK,      :
                  Petitioner.   :          ORDER
                                         :

-------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on August 17, 2023, the Creditors Committee filed a motion for reconsideration of this Court's Order Withdrawing Reference of the Petition to the Bankruptcy Court.  That motion was fully briefed as of September 8, 2023.  It is hereby

**ORDERED** that by **January 18, 2024**, Petitioner and the Creditors Committee shall file a joint letter, not to exceed three pages, updating the Court on the status of the underlying bankruptcy proceeding.

Dated: January 11, 2024
      New York, New York

                                       LORNA G. SCHOFIELD
                                  UNITED STATES DISTRICT JUDGE