April 12, 2024

VIA ECF
Honorable Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

       Re: *In re: The Roman Catholic Diocese of Rockville Centre, New York,* Case No. 1:23-cv-5751-LGS (S.D.N.Y.)

Dear Judge Schofield:

  We write jointly with counsel for the Official Committee of Unsecured Creditors (the "Committee") in response to the Court's March 13, 2024, order requiring the parties to submit a joint letter updating the Court on the status of the underlying bankruptcy proceedings of the Diocese of Rockville Centre, New York (the "Diocese" or "Debtor").

  On November 27, 2023, the Diocese filed its *First Amended Chapter 11 Plan of Reorganization, In re: The Roman Catholic Diocese of Rockville Centre, New York*, No. 20-12345, [Docket No. 2695] (Bankr. S.D.N.Y.), its *Disclosure Statement for First Amended Plan of Reorganization* [Docket No. 2696] and its *Motion to Approve the Disclosure Statement and Solicitation Procedures Motion* [Docket No. 2696].

  After a series of hearings and revisions, on February 15, 2024, the Bankruptcy Court approved the Debtor's Disclosure Statement. *See* Docket No. 2918. The Court's order established a timeline for the Diocese to solicit votes on its proposed plan of reorganization and set a confirmation hearing for May 9, 2024. The Court extended the voting deadline to April 12, 2024, and set a confirmation hearing for May 30, 2024, at the joint request of the Debtor and the Committee. *See* Docket No. 3003.

  The Debtor's disclosure statement indicated that that the Debtor would move to dismiss the bankruptcy case if claimants rejected the plan. A supermajority of claimants have now voted to reject the plan, and the Debtor has filed a motion to dismiss its bankruptcy case. *See* Docket No. 3053. The Committee intends to oppose the motion to dismiss. The hearing to consider the motion to dismiss will be held on May 9, 2024.

  Finally, as for the currently active, Diocese-related cases before the CVA Regional Child Victims Act Part for the Ninth and Tenth Judicial Districts (i.e., Justice Steinman), the court has recently selected four cases brought against parties that are related to the Diocese to move forward through further pre-trial proceedings and, if warranted, to trial.

April 12, 2024
Page 2

Respectfully submitted,

*/s/ Christopher DiPompeo*
Christopher DiPompeo
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 20001
(202) 879-3939
cdipompeo@jonesday.com

*Counsel for the Roman Catholic Diocese of Rockville Centre, New York*

*/s/ Gail S. Greenwood*
Gail S. Greenwood
PACHULSKI, STANG, ZIEHL & JONES
150 California Street, 15th Floor
San Francisco, CA 94111-4500
(415) 263-7000
ggreenwood@pszjlaw.com

*Counsel for the Official Committee of Unsecured Creditors*